RICHARD A. TAMOR
Tamor & Tamor
The Sierra Building
311 Oak Street, Suite 108
Oakland, CA 94607
Tel: 415-655-1969
Fax: 415-887-7658
Email: rtamor@TamorLaw.com

Attorneys for Defendant
KAMERON DAVIS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> **Plaintiff,** <br> vs. <br> **KAMERON DAVIS, et al.,** <br> **Defendants.** | Case No.: CR-15-00290-PJH <br><br> **STIPULATION AND [PROPOSED] ORDER RE: FURTHER BOND HEARING** |

Whereas, on May 27, 2015, this Court released Mr. Davis pursuant to $200,000 property bond to be secured by his mother's property located at 2707 Seminary Avenue, Oakland, California by June 10, 2015;

Whereas, the 2707 Seminary Avenue, Oakland, California property cannot be posted because of problems with the title of the property; and

Whereas, Mr. Davis's father and step-mother are willing to secure the bond with their property located at 6441 Essex Street, Oakland, California.

The undersigned parties, by and through their counsel of record, hereby stipulate and agree, and ask the Court to approve, as follows:

1. The posting of the Bond shall be postponed until June 24, 2015; and

2. The matter shall be put on calendar on June 17, 2015 for a further bond hearing.

**SO STIPULATED AND AGREED.**

DATED:  June 10, 2015                    Respectfully submitted,

                                                                  MELINDA HAAG
                                                                  United States Attorney

                                                                  _____/s/_____
                                                                  By:  GARTH HIRE
                                                                 Assistant United States Attorney


DATED: June 10, 2015                     _____/s/_____
                                                                 TAMOR & TAMOR
                                                                By:  RICHARD TAMOR
                                                                Attorney For Defendant Kameron Davis

e

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. The posting of the Bond shall be postponed until June 24, 2015; and

2. The matter shall be put on calendar on June 17, 2015 for a further bond hearing.

DATED: June  15 , 2015

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge
Northern District of California

U.S. v. KAMERON DAVIS, CR-15-00290 PJH

e